EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex – parte<br><br>  Olga M. Martínez Rodríguez | 2005 TSPR 37<br><br>163 DPR \_\_\_\_ |

Número del Caso: TS-13009


Fecha: 1 de abril de 2005


Por derecho propio



Materia: Readmisión al Ejercicio de la Abogacía




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex-parte

Olga M. Martínez Rodríguez

TS-13009

RESOLUCIÓN

San Juan, Puerto Rico, a 1 de abril de 2005.

La peticionaria Olga M. Martínez Rodríguez solicitó baja voluntaria del ejercicio de la abogacía el 14 de julio de 2004. Así lo autorizamos mediante resolución de 13 de enero de 2005, registrada y notificada el 18 de ese mes. El 10 de marzo de 2005, solicitó readmisión, puesto que a partir de junio de 2005 regresará a residir en Puerto Rico. Examinada la Moción de Readmisión al Ejercicio de la Abogacía, se autoriza su reinstalación al ejercicio de la abogacía previo el pago de la cuota del Colegio de Abogados y la fianza notarial correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo